| | |
|---|---|
| **PLAS HARRIS** | **SUIT NO.:**     **DIV.:** |
| | **21ST JUDICIAL DISTRICT COURT** |
| **VERSUS** | **PARISH OF TANGIPAHOA** |
| **JOHN DOE AND** | |
| **SCHNEIDER NATIONAL CARRIERS, INC.** | **STATE OF LOUISIANA** |

### PETITION FOR DAMAGES

The petition of **PLAS HARRIS**, a resident of the full age of majority of the Parish of Livingston, State of Louisiana, respectfully represents that:

**1.**

Made defendants herein are:

A. **John Doe**, a resident of the full age of majority of an unknown County/Parish and of an unknown State;

B. **SCHNEIDER NATIONAL CARRIERS, INC.**, a foreign corporation domiciled in Cason City, Nevada, authorized to do and doing business in the State of Louisiana which may be served through their agent for service of process, CT Corporation System.

**2.**

On or about March 1, 2017, your petitioner, Plas Harris, received personal injuries in the following manner:

> Petitioner was an occupant of a semi-truck owned by Darren Harris Trucking Inc., which was parked in the parking lot of C&S Wholesale Grocers in Hammond, Louisiana. At the same time a semi-truck operated by defendant, John Doe, and owned by defendant, Schneider National Carriers, Inc. drove into the parking area and attempted to drive around the parked semi-truck vehicle occupied by petitioner. In doing so the vehicle operated by the defendant, John Doe, struck the front tractor area of the vehicle occupied by petitioner resulting in the injuries and damages herein sued upon.

**3.**

Upon information and belief, your petitioner alleges that at all times pertinent herein the defendant, **JOHN DOE** was in the course and scope of his employment with **SCHNEIDER NATIONAL CARRIERS, INC.**, and that therefore the defendant **SCHNEIDER NATIONAL CARRIERS, INC.**, is liable unto your petitioner under the doctrine of respondeat superior for all damages sustained herein.


DEFENDANT'S EXHIBIT A

**4.**

The above mentioned accident was in no way caused or contributed to by petitioner, but was due solely to the negligence and/or legal fault of **JOHN DOE** as listed in the following particulars:

- A. Negligently colliding his vehicle with the plaintiff's vehicle;
- B. Failure to obey the applicable traffic laws;
- C. Failure to maintain control of his vehicle;
- D. Failure to keep a proper lookout;
- E. Failure to see what he should have seen;
- F. Operating a vehicle in a careless and inattentive manner;
- G. Any and all other acts of negligence and/or legal fault to be proven at trial on the merits.

**5.**

As a result of the above described accident your petitioner, **PLAS HARRIS**, sustained severe and grievous injuries which have required numerous doctor and other medical visits. Petitioner seeks reimbursement for special damages, consisting primarily of past, present and future medical expenses. The petitioner also seeks general damages for pain, suffering, mental anguish, inconvenience permanent physical impairment, and all other compensable items of intangible damage.

**WHEREFORE PETITIONER PRAYS** that after all legal delays and due proceedings be had, there be judgment herein in favor of the petitioner, **PLAS HARRIS**, and against the defendants, **JOHN DOE** and **SCHNEIDER NATIONAL CARRIERS, INC.**, jointly and severally and in solido for all damages sustained, together with legal interest from the date of judicial demand until paid, and for all the costs of these proceedings and for all general and equitable relief in the premises.

**RESPECTFULLY SUBMITTED BY:**

Brian D. Calvit (Bar Roll # 3805)
**LAW OFFICE OF BRIAN D. CALVIT LLC**
7920 Wrenwood Boulevard, Suite F
Baton Rouge, LA 70809
Telephone: (225) 926-2222
Facsimile: (225) 926-2246

**PLEASE SERVE:**

**SCHNEIDER NATIONAL CARRIERS, INC.**
through their agent for service of process
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816